Rebecca J. Hozubin, Esq.
HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
907-276-5297 - Telephone
907-276-5291 - Facsimile
rebecca@akdefenselaw.com
Alaska Bar No. 9806016

*Attorneys for Great Divide Insurance Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVINE INSURANCE COMPANY, a North Dakota Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID HARTMAN and LINDA HARTMAN, individually and as owners of HARTMAN CONSTRUCTION & EQUIPMENT, INC.; CHAD HARTMAN and DEREK HARTMAN, individually and as employees of HARTMAN CONSTRUCTION & EQUIPMENT, INC.; HARTMAN CONSTRUCTION & EQUIPMENT, INC.; MUNICIPALITY OF ANCHORAGE; and CASSANDRA MORGAN, individually and as the Personal Representative of THE ESTATE OF SAMUEL ADAM MORGAN,<br><br>    Defendants. | Case No. 3:17-cv-00148-JWS |

**STIPULATION TO DISMISS CLAIMS
<u>RE DEFENDANTS HARTMAN WITH PREJUDICE</u>**

Plaintiff Great Divide Insurance Company and Defendants David Hartman, Linda Hartman, Hartman Construction & Equipment, Chad Hartman, and Derek Hartman agree that there is no coverage for the wrongful death case *Morgan v. Hartman et al.*, 3AN-17-7156CI under the terms of the policy of insurance issued to Hartman Construction & Equipment, Inc., a Corporation, for the period 10/08/2014 - 10/08/2015, with policy limits of $1,000,000 per occurrence and a $2,000,000 general aggregate, Policy Number GC960247. Therefore, Plaintiff Great Divide Insurance Company and Defendants David Hartman, Linda Hartman, Hartman Construction & Equipment, Chad Hartman, and Derek Hartman hereby agree that the Complaint against them shall be dismissed with prejudice, each party to bear their own costs, interest, and fees.

This dismissal has no effect on the claims involving the Municipality of Anchorage.

DATED this 9th day of November 2017.

          HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
          *Attorneys for Plaintiff Great Divide Insurance Company*

By:  s/ Rebecca J. Hozubin
      Rebecca J. Hozubin
      Alaska Bar No. 9806016
      711 M Street, Suite 2
      Anchorage, AK 99501
      907-276-5297 - Telephone
      907-276-5291 - Facsimile
      rebecca@akdefenselaw.com

STIPULATION TO DISMISS CLAIMS RE DEFENDANTS HARTMAN WITH PREJUDICE
*Great Divide Insurance Company v. Hartman et al.*
3:17-cv-00148JWS
Page 2

Case 3:17-cv-00148-JWS   Document 18   Filed 11/09/17   Page 2 of 4

DATED this 9th day of November 2017.

        INGALDSON FITZGERALD, P.C.
        *Attorneys for Defendants Hartman*

By:  s/ Kevin Fitzgerald
      Kevin Fitzgerald
      Alaska Bar No. 8711085
      813 West 3rd Ave.
      Anchorage, AK 99501
      907-258-8750 - Telephone
      907-258-8751 - Facsimile
      Kevin@impc-law.com

DATED this 9th day of November 2017.

        WILLIAM D. FALSEY
        *Municipal Attorney*

By:  s/ Samuel C. Severin
      Alaska Bar No. 0606035
      632 West 6th Avenue, Suite 730
      Anchorage, AK 99501
      907-343-4545 - Telephone
      907-343-4550 - Facsimile
      Severins@muni.org

STIPULATION TO DISMISS CLAIMS RE DEFENDANTS HARTMAN WITH PREJUDICE
*Great Divide Insurance Company v. Hartman et al.*
3:17-cv-00148JWS
Page 3

Case 3:17-cv-00148-JWS   Document 18   Filed 11/09/17   Page 3 of 4

CERTIFICATE OF SERVICE
This is to certify that a copy of the aforementioned was served via CM/ECF on the 9th day of November, 2017 on:

Samuel C. Severin, Esq.
Municipality of Anchorage
Department of Law
Box 196650
Anchorage, AK 99501
Email: severins@muni.org
[Attorney for Defendant Municipality of Anchorage]

Kevin T. Fitzgerald, Esq.
Ingaldson Fitzgerald, PC
813 West 3rd Avenue
Anchorage, AK 99501
Email: kevin@impc-law.com
[Attorney for Defendants Hartman Construction & Equipment, Inc.; Derek Hartman; Chad Hartman; David Hartman; and Linda Hartman]

HOZUBIN, MOBERLY, LYNCH & ASSOCIATES

By: s/ Rebecca J. Hozubin
4824.37/Court Docs/Stipulation to Dismiss Hartmans with Prejudice

STIPULATION TO DISMISS CLAIMS RE DEFENDANTS HARTMAN WITH PREJUDICE
*Great Divide Insurance Company v. Hartman et al.*
3:17-cv-00148JWS
Page 4

Case 3:17-cv-00148-JWS   Document 18   Filed 11/09/17   Page 4 of 4