Rebecca J. Hozubin, Esq.
HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
907-276-5297 - Telephone
907-276-5291 - Facsimile
rebecca@akdefenselaw.com
Alaska Bar No. 9806016

*Attorneys for Great Divide Insurance Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, a North Dakota Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DAVID HARTMAN and LINDA HARTMAN, individually and as owners of HARTMAN CONSTRUCTION & EQUIPMENT, INC.; CHAD HARTMAN and DEREK HARTMAN, individually and as employees of HARTMAN CONSTRUCTION & EQUIPMENT, INC.; HARTMAN CONSTRUCTION & EQUIPMENT, INC.; MUNICIPALITY OF ANCHORAGE; and CASSANDRA MORGAN, individually and as the Personal Representative of THE ESTATE OF SAMUEL ADAM MORGAN,<br><br>　　　　Defendants. | Case No. 3:17-cv-00148-JWS |

**PLAINTIFF'S NOTICE OF CASE CLOSURE WITHOUT ENTRY OF JUDGMENT AGAINST DEFENDANT CASSANDRA MORGAN, INDIVIDUALLY AND AS THE PERSONAL REPRESENTATIVE OF THE <u>ESTATE OF SAMUEL ADAM MORGAN</u>**

COMES NOW Plaintiff, Great Divide Insurance Company, by and through its counsel of record, Hozubin, Moberly, Lynch & Associates, and hereby files its notice, pursuant to this Court's Text Order at Document 20, dated November 21, 2017, that this case can be closed without a judgment relating to Defendant Cassandra Morgan, individually and as the Personal Representative of the Estate of Samuel Adam Morgan.

DATED this 21st day of November 2017.

HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
*Attorneys for Plaintiff Great Divide Insurance Company*

By: s/ Rebecca J. Hozubin
Rebecca J. Hozubin
Alaska Bar No. 9806016
711 M Street, Suite 2
Anchorage, AK 99501
907-276-5297 - Telephone
907-276-5291 - Facsimile
rebecca@akdefenselaw.com

CERTIFICATE OF SERVICE
This is to certify that the aforementioned
was served electronically via CM/ECF on the 21st
day of November 2017 on the following:

Samuel C. Severin, Esq.
Municipality of Anchorage
Department of Law
Box 196650
Anchorage, AK 99501
[Attorney for Defendant Municipality of Anchorage]

Kevin T. Fitzgerald, Esq.
Ingaldson Fitzgerald, PC
813 West 3rd Avenue
Anchorage, AK 99501
[Attorney for Defendants Hartman Construction & Equipment, Inc.; Derek Hartman; Chad Hartman; David Hartman; and Linda Hartman]

HOZUBIN, MOBERLY, LYNCH & ASSOCIATES

By: s/ Rebecca J. Hozubin
4824.37/Court Docs/Ntc re No Default Against Morgan

PLAINTIFF'S NOTICE RE CASE CLOSURE WITHOUT A JUDGMENT
*Great Divide Insurance Company v. Hartman et al.*
3:17-cv-00148JWS
Page 2

Case 3:17-cv-00148-JWS   Document 21   Filed 11/21/17   Page 2 of 2